UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:13-cv-00197-JGH

HOWARD WAYNE EDDINS                                                                 PLAINTIFF

v.                              **AGREED ORDER OF DISMISSAL**

CENLAR FSB, *et al*.                                                                DEFENDANTS

\* \* \* \* \*

Howard Wayne Eddins and Cenlar FSB, having settled the claims against each other which were raised or that could have been raised against each other in the above-styled case; and the Court being sufficiently advised,

IT IS HEREBY ORDERED that above-styled case is dismissed with prejudice, each party to bear its own costs, expenses, and attorney's fees.

**HAVE SEEN AND AGREED:**

/s/ Kevin J. Fiet_____       /s/ Katherine A. Bell (with permission)_____
Kevin J. Fiet                                  Katherine A. Bell
EDDINS ∙ DOMINE LAW GROUP, PLLC                STITES & HARBISON PLLC
3950 Westport Road                             400 West Market Street, Suite 1800
Louisville, Kentucky  40207                    Louisville, Kentucky 40202
(502) 893-2350                                 (502) 587-3400
*Counsel for Plaintiff*                        *Counsel for Cenlar FSB*

**Distribution to:**

Richard A. Vance
rvance@stites.com

Ted W. Nolting
tnolting@schuckitlaw.com

Katherine A. Bell
kabell@stites.com

Sandra L. Davis
sdavis@schuckitlaw.com

Kevin J. Fiet
kfiet@eddins-law.com